UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-5228 R (SH) | | Date | July 06, 2011 |
|---|---|---|---|---|
| Title | USA v. Oliver Schaper in the Matter of Extradition , a Fugitive from Germany | | | |

| Present: The Honorable | Stephen J. Hillman, U.S. Magistrate Judge |
|---|---|

| Sandra L. Butler | CS 07/06/2011 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Robyn Bacon - AUSA | Angel Navarro |

**Proceedings:**         Bail Hearing

    Case called. Counsel enter their appearances. Court and counsel confer. Court orders a Medical Exam Report and Mental Status Report as to the Defendant no later than July 11, 2011 at the close of business.

    Court sets a further Bail hearing on July 12, 2011 at 3:00 p.m.

|  | : | 13 |
|---|---|---|
| Initials of Preparer | | slb |