```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    ROBYN K. BACON (Cal. State Bar No. 251048)
 4  Assistant United States Attorney
         1200 United States Courthouse
 5       312 North Spring Street
         Los Angeles, California  90012
 6       Telephone: (213) 894-4667
         Facsimile: (213) 894-0141
 7       E-mail: Robyn.Bacon@usdoj.gov

 8  Attorneys for Plaintiff
    United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE EXTRADITION OF<br><br>OLIVER SCAPER,<br><br>  A fugitive from the Government of Germany | ) ) ) ) ) ) ) ) ) ) | CV. No. 11-5338-R-(SH)<br><br><u>GOVERNMENT'S REQUEST TO WITHDRAW PROVISIONAL ARREST WARRANT AND REQUEST FOR EXTRADITION</u> |
|---|---|---|

   Complainant United States of America, having been informed through diplomatic channelS that the government of Germany has withdrawn its request for the provisional arrest and extradition of Oliver Schaper, by and through its counsel of record,

//
//
//
//
//
//
//

Assistant United States Attorney Robyn K. Bacon, hereby requests in the interests of justice leave of the Court to withdraw the criminal complaint and request for extradition in this case.

DATED: July 20, 2011              Respectfully submitted,

                                  ANDRÉ BIROTTE JR.
                                  United States Attorney

                                  ROBERT E. DUGDALE
                                  Assistant United States Attorney
                                  Chief, Criminal Division


                                  _____
                                  ROBYN K. BACON
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA